# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>GPS LOCATION DEVICE IN A 2013 GRAY CHEVY<br>IMPALA, 761LC6 , VIN 2G1WC5E31D1109104 | )<br>)<br>)<br>)<br>) | Case No.  13-CR-6047-LTS |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
GPS LOCATION DEVICE IN A 2013 GRAY CHEVY IMPALA, 761LC6 , VIN 2G1WC5E31D1109104

located in the _____ District of _____Massachusetts_____ , there is now concealed *(identify the person or describe the property to be seized)*:
location data for a  2013 GRAY CHEVY IMPALA, 761LC6 , VIN 2G1WC5E31D1109104 leading to the location of a person to be arrested, Corey Norris a/k/a "Jacorey Johnson"; "Case"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

❏ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s 1591(a) and (b)(1) | Sex Trafficking of a Minor |
| 18 U.S.C. s 1594(c) | Conspiracy to Sex Traffic |
| 18 U.S.C. s 2423(a) | Transportation of a Minor for Prostitution |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

❏ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

A.U.S.A. Amy Harman Burkart
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/26/2013_____

_____
*Judge's signature*

City and state:  Boston, MA

Leo T. Sorokin, U.S. Magistrate Judge
*Printed name and title*